1  PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7298
6  Facsimile: (415) 436-6748
   Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   SAMI HADI,
12                                          Case No. 4:25-cv-00908 HSG
                    Plaintiff,
13
        v.                                  **STIPULATION TO EXTEND TIME FOR
14                                          DEFENDANTS' RESPONSE TO PLAINTIFF'S
   UNITED STATES CITIZENSHIP AND            COMPLAINT; AND ORDER**
15 IMMIGRATION SERVICES, *et al*.,
16                  Defendants.
17

18      The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's

19 complaint.  Defendants will file their response on or before May 22, 2025. The parties make this request

20 because Defendants need a brief period of additional time to prepare their response.

21      The parties further request a corresponding extension on the deadline for filing a motion for

22 summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 3.  Currently,

23 Defendants must file a motion for summary judgment by 120 days after the complaint was served, or

24 June 23, 2025.  In view of the agreed-upon extension for Defendants' response to the complaint, the

25 parties request that Defendants must file their motion for summary judgment by July 23, 2025.

26

27

28
   Stipulation to Extend
   C 4:25-cv-00908 HSG                      1

Dated: April 17, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney


 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants


Dated: April 17, 2025

*/s/ Maisoun Y. Sulfab*
MAISOUN Y. SULFAB
Sulfab Law Office, P.C.
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:    4/17/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:25-cv-00908 HSG                    2