CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SAMI HADI,

　　　　　　　　　Plaintiff,

　　　v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

　　　　　　　　　Defendants.

Case No. 4:25-cv-00908 HSG

**STIPULATION TO REVISED BRIEFING
SCHEDULE; ORDER**

　　　The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal.  On April 9, 2026, the Court directed the parties to submit a revised briefing schedule. Dkt. No. 28. The parties conferred and propose the following briefing schedule:

　　　1.　　Defendants will file their renewed motion for summary judgment by May 13, 2026.

　　　2.　　Plaintiff will file his cross motion for summary judgment and opposition to Defendants' motion by June 12, 2026.

　　　3.　　Defendants will file their reply and opposition to Plaintiff's cross motion by June 26, 2026.

　　　4.　　Plaintiff will file his reply in support of their cross motion for summary judgment by

July 10, 2026.

5.      The parties will notice a hearing on their cross motions for summary judgment for July 30, 2026, at 2:00 p.m.

The parties respectfully request that the Court grant their stipulation.

Dated: April 13, 2026                    Respectfully submitted,[1]

                                         CRAIG H. MISSAKIAN
                                         United States Attorney


                                          /s/ Molly A. Friend
                                         MOLLY A. FRIEND
                                         Assistant United States Attorney
                                         Attorneys for Defendants


Dated: April 13, 2026

                                         /s/ Maisoun Y. Sulfab
                                         MAISOUN Y. SULFAB
                                         Sulfab Law Office, P.C.
                                         Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/14/2026

                                         HAYWOOD S. GILLIAM, JR.
                                         United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 4:25-cv-00908 HSG                              2